Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED BY _____LS_____ D.C.
Apr 8, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

22-CIV-60689-Ruiz/Strauss

Michele J. Lee
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

GED Secure Services, LLC
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ✓ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

     Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

     Name: Michele J. Lee
     Street Address: P.O. Box 1243
     City and County: Ft. Lauderdale, Broward County
     State and Zip Code: Florida 33302
     Telephone Number: (754) 246-4001
     E-mail Address: msbumzy@gmail.com

   B. **The Defendant(s)**

     Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: GEO Secure Services, LLC
- Job or Title *(if known)*:
- Street Address: 4955 Technology Way
- City and County: Boca Raton, Palm Beach County
- State and Zip Code: Florida 33431
- Telephone Number: (561) 999-7490
- E-mail Address *(if known)*: www.geogroup.com

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Case 0:22-cv-60689-RAR   Document 1   Entered on FLSD Docket 04/08/2022   Page 3 of 10

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. **Under 28 U.S.C. 1331, a case arising under the United States Constitution or federal laws or treaties in a federal question case. GEO Secure Services is a private company under a Federal Government Contract**

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, (name) GEO Secure Services, LLC, is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

GEO Secure Services Disciplinary Action and Disciplinary Appeal Process taken against me was not consistent at the same level as other employees of different ethnic race. GEO adverse employment action taken by terminating my employment without given the opportunity to review or sign off on any infraction I was charge with.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am asking the court to order GEO Secure Services to pay my full salary them with interest for three years at the rate I was making when employed with GEO Secure Services. If GEO had conducted a thorough investigation and followed their own policy procedures I would be still currently employed. Because of their actions against me I have lost everything I worked for over years.

Relief                                                                                     pg 2.

I have suffered hardship over the past three years. I had became homeless at one point. My Professional career has suffered over the past three years and forced to work for less money and live in low poverty, because I was terminate from a job and career I loved so much and took pride in doing. Outstanding job always received high evaluation ratings for over twenty years.

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Michele J. Lee
_____
Plaintiff(s)

v.

GEO Secure Services, LLC
_____
_____
_____
Defendant(s)

### (TITLE OF DOCUMENT)

I, Michele J. Lee, (plaintiff) or defendant, in the above styled cause, GEO Secure Services progressive disciplinary actions and appeal process against me was not consistent at the same level as other employees outside my ethnic race or age group. The employer adverse employment actions against me was not the same actions or protocol as other employees outside my ethnic race. Placing me on administrative leave w/o pay prior to conducting a thorough investigation. Other employees outside ethnic group is allowed to remain employed while on administrative leave with pay until a thorough investigation is completed. Disciplinary Action Forms and Final Reprimand for dismissal signed off on by administration without my signature, because I was never given the opportunity to review or sign any infraction I was charge with. GEO failed to produce any documents or statements by which my termination of employment was based on within a timely manner according to policy. This is a violation

of my rights and unequal treatment. The Final Appeal process was not completed by GEO Secure Services failure to respond. This is failure of due process according to GEO Secure Services and violation of my rights as an employee contracted by Federal Government. I was entitled to fair and equal opportunities as other employees. If thorough investigation was conducted properly it would have shown that I was the recording officer on duty and followed post order procedures. It was reported to Shift OIC (Lt. Reese) and Capt. Grimes (Duty Officer) on duty two hours and approximately thirty minutes prior to the detainee assaulted custodial worker. Both Lt. Reese and Capt. Grimes failure to respond in a timely manner by giving authorization to place detainee on room restriction or reporting to the hospital and access the situation. Insufficient staffing was a contributing factor based on the detainee custody level and previous history of assaults on patients, medical staff and other officers. My professional career has suffered tremendously. I have lost everything forced to work for lower wages and live in proverty.

**Certificate of Service**

I __Michele J. Lee__ , certify that on this date __4/8/2022__ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:
__Michele J. Lee__
Printed or typed name of Filer

__Michele J. Lee__
Signature of Filer

Florida Bar Number

E-mail address

Phone Number

Facsimile Number

Street Address

City, State, Zip Code

GEO Post Order #9 for Offsite Hospital Duty line 12 that was effective at that time the incident occurred states; The Officer (meaning one) must remain with detainee patient moving about hospital hallways, dayroom etc... It did not state both officers must escort. The other assign officer on duty S. Austin was sitting at the door in an angle position facing toward detainee with a constant visual of the detainee at all times, and would convey to me so it could be documented in the log book which post order policy require. I was also responsible for GEO Hospital Escort Bag with offical forms and mechanical restraints inside and company mobile phone assigned. There were no authorization given to place detainee on room restriction once it was reported of detainee disruptive behavior and threats prior to her assaulting hospital worker. Once the detainee stepped out into the hallway walking to her right past Officer Austin, it was Officer Austin duty to escort the detainee moving throughout the hallway. Officer Austin was ~~justifibtemc~~ also terminated but she was on a Final Reprimand due to other violations occurred with her while on duty previously.

**Certificate of Service**

I Michele J. Lee, certify that on this date 4/8/2022 a true copy of the foregoing document was mailed to: _____
                                                                  name(s) and address(es)

_____

By:

_____   _____
Printed or typed name of Filer   Signature of Filer

_____   _____
Florida Bar Number               E-mail address

_____   _____
Phone Number                     Facsimile Number

_____
Street Address

_____
City, State, Zip Code

(Rev. 10/2002) General Document

Therefore the level of disciplinary action taken against me should not have been at that same level (termination). I had no prior disciplinary action history against me while employed at GEO Secure Services during my twenty plus years of service. I was veteran officer that lead by example and took my duties and responsibilities very serious. I always received high evalutions throughout my twenty plus years of service.

**Certificate of Service**

I Michele J. Lee , certify that on this date 4/8/2022 a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:

Printed or typed name of Filer

Signature of Filer

Florida Bar Number

E-mail address

Phone Number

Facsimile Number

Street Address

City, State; Zip Code

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/8/2022

Signature of Plaintiff    Michele J. Lee
Printed Name of Plaintiff    Michele J. Lee

B.  **For Attorneys**

Date of signing:

Signature of Attorney    Michele J. Lee
Printed Name of Attorney    Michele J. Lee
Bar Number
Name of Law Firm
Street Address    P.O. Box 1243
State and Zip Code    Fla, 33302
Telephone Number    (754) 246-4001
E-mail Address